UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ROGERS,<br><br>                      Plaintiff,<br><br>     -against-<br><br>PIERS MCMAHON; CASA; NEW AMSTERDAM PROPERTY,<br><br>                    Defendants. | 25-cv-1972 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 29, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 31, 2025
             New York, New York

                                                    /s/ Louis L. Stanton
                                                        LOUIS L. STANTON
                                               United States District Judge